RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 10/21/2014 Time: 10:00

CASE: 14-18794 RoxAnna Anthony *Debtor PTA*

*Mr Mcgrady*

Edward C. Christman Jr. representing RoxAnna Anthony (Debtor)

__ E. Cosby __ M. Caskey __ S. Scanlon
representing Ellen W. Cosby Ellen W. Cosby (Trustee)

[12] Objection to Confirmation of Chapter 13 Plan.

[18] Objection to Confirmation of Plan Filed by Ellen
W. Cosby (related document(s) 2 Chapter 13 Plan
filed by Debtor RoxAnna Anthony).

**MOVANT** : Ellen Cosby BY E Cosby

[2] Chapter 13 Plan and Pre-Confirmation Certificate
filed by Edward C. Christman Jr. of Christman &
Fascetta, LLC on behalf of RoxAnna Anthony. (Christman,
Edward) Modified on 5/30/2014 (Escobar, Jolon).

**MOVANT** : RoxAnna Anthony BY E Christman

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___

Denied without/with leave to amend by:_____Conf:_____Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

| | | | | | |
|---|---|---|---|---|---|
| Granted | _____ | Sustained | _____ | Denied | _____ |
| Overruled | _____ | Withdrawn | _____ | Under Adv. | _____ |
| Moot | _____ | Consent | _____ | Dismissed | _____ |
| O.T.J. Fee | _____ | | | | |

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES: *Current*
*36k nonexempt equity*
*- another 15k to plan*
*base needed*
*Two secured creditor issues*                *Debtor not present*

RECEIVED

OCT 22 2014

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE